No. 648. YUCHI (EUCHEE) TRIBE OF INDIANS ET AL. *v.* UNITED STATES ET AL. Court of Claims. Certiorari denied. *J. T. Smith* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for the United States, *Paul M. Niebell* for the Creek Nation of Oklahoma, and *Claude Pepper* and *Charles Bragman* for the Creek Nation East, respondents.

No. 667. NATIONAL TRUCK RENTAL Co., INC., *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Leonard Weinberg* and *Harry J. Green* for petitioner. *Solicitor General Rankin, Stephen Leonard* and *Dominick L. Manoli* for respondent.

No. 679. AETNA INSURANCE Co. ET AL. *v.* HART-BARTLETT-STURTEVANT GRAIN Co. Supreme Court of Missouri. Certiorari denied. *Donald N. Clausen, Herbert W. Hirsh* and *William S. Hogsett* for petitioners. *Ralph M. Jones* and *Charles B. Blackmar* for respondent.

No. 681. AYERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert W. Fraser* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 716. STOVER *v.* CENTRAL BROADCASTING Co. Supreme Court of Iowa. Certiorari denied. *George Cosson* for petitioner. *James J. Lamb* and *Paul F. Ahlers* for respondent.